# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN CANADA ULC, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>COMMSCOPE, INC., COMMSCOPE, INC. )<br>OF NORTH CAROLINA, and COMMSCOPE )<br>TECHNOLOGIES LLC, )<br>)<br>　　　　　Defendants. ) | C.A. No. 22-782-RGA |

## JOINT MOTION REQUESTING CLAIM CONSTRUCTION HEARING

In accordance with paragraph 9 of the Court's Scheduling Order in this matter (D.I. 31), the parties respectfully request a claim construction hearing beginning at 9:00 a.m. on March 27, 2024. Briefing on claim construction is now complete, and the Joint Claim Construction Brief (with Joint Appendix) is being filed simultaneously herewith. The parties respectfully request that the Court allow a total of three hours for argument (90 minutes per side).

Dated: February 29, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Robert M. Vrana* | */s/ Sara M. Metzler* |
| Pilar G. Kraman (No. 5199) | Kelly E. Farnan (#4395) |
| Robert M. Vrana (No. 5666) | Sara M. Metzler (#6509) |
| Jennifer P. Siew (No. 7114) | One Rodney Square |
| Rodney Square | 920 North King Street |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 651-7700 |
| (302) 571-6600 | farnan@rlf.com |
| pkraman@ycst.com | metzler@rlf.com |
| rvrana@ycst.com | |
| jsiew@ycst.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE
