IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELDEN CANADA ULC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-782-RGA |
| | : | |
| COMMSCOPE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

Belden's MIL #1 (D.I. 294) is DISMISSED as moot in light of the ruling on the Daubert motion. (D.I. 315 at 8-10). Belden's MIL #2 (D.I. 296) is TENTATIVELY GRANTED inasmuch as it appears there is no expert testimony that supports the technological comparability of the two settlement agreements at issue, and thus the "financial aspects" of the two agreements are irrelevant.

CommScope's MIL #1 (D.I. 298) is GRANTED. Paragraph 312 of the Eldering report offers no opinions on any particular missing limitations of the Arnett reference and thus it offers no disclosure that would provide a basis for Dr. Eldering testifying to any missing limitations at trial. CommScope's MIL #2 (D.I. 300) is DISMISSED with leave to renew. Mr. Lowrie is a fact witness with personal knowledge as to what CommScope representatives were told at the two meetings in about 2005 at which he was present. As I understand it, the only point of the testimony would be its relevance to CommScope's state of mind. Thus, even as fact testimony there might need to be limiting instructions. There are also unclear disputes about attorney/client privilege. For these reasons, the issues relating to the motion will need to be further discussed.

CommScope's MIL #3 (D.I. 302) is GRANTED. Any financial numbers that exceed $98,099,265 (D.I. 308 at 33) are excluded. Generally-speaking, any numbers not specifically related to the accused products are irrelevant. The sale to Amphenol is irrelevant. To the extent there is ambiguity in this resolution, the parties are free to bring it up for clarification during the trial.

    IT IS SO ORDERED this 10th day of October 2025.

                                /s/ Richard G. Andrews
                                United States District Judge