# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN CANADA ULC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMSCOPE, INC., COMMSCOPE, INC. )<br>OF NORTH CAROLINA, and COMMSCOPE )<br>TECHNOLOGIES, LLC, )<br>)<br>Defendants. ) | C.A. No. 22-782-RGA |

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff hereby certifies that counsel for the parties conferred on Plaintiff's Motion, including oral communication involving Delaware counsel. Counsel for Defendants indicated that Defendants take no position on Plaintiff's Motion.

Dated: November 18, 2025

*Of Counsel:*
Douglas J. Nash
Denis J. Sullivan
John D. Cook
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
(315) 425-2700
dnash@barclaydamon.com
dsullivan@barclaydamon.com
jcook@barclaydamon.com

Naresh K. Kannan
BARCLAY DAMON LLP
80 State Street
Albany, NY 12207
(518) 429-4200
nkannan@barclaydamon.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
rvrana@ycst.com
jsiew@ycst.com

*Attorneys for Belden Canada ULC*