# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN CANADA ULC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMSCOPE, INC., COMMSCOPE, INC. )<br>OF NORTH CAROLINA, and )<br>COMMSCOPE TECHNOLOGIES LLC, )<br>)<br>Defendants. ) | C.A. No. 22-782-RGA<br><br>**JURY TRIAL DEMANDED** |

## COMMSCOPE'S RESPONSE TO BELDEN'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

OF COUNSEL:

Philip P. Caspers
Timothy A. Lindquist
Dennis C. Bremer
Tara C. Norgard
William F. Bullard
Mitchell R. Williams
CARLSON, CASPERS, VANDENBURGH &
LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendants, CommScope, Inc., CommScope, Inc. of North Carolina, and CommScope Technologies LLC*

Dated: December 2, 2025

At the time Belden filed its motion (D.I. 336), CommScope had not seen Belden's draft motion and, therefore, took no position. Having now reviewed Belden's motion with CommScope, we provide this brief response. "The standard for determining excusable neglect is strict, and courts should apply excusable neglect only in extraordinary circumstances to prevent injustice." *In re Genesis Health Ventures, Inc.*, Civ. No. 1:06-cv-00103-JJF, 2007 WL 1876388, *2 (D. Del. June 24, 2007) (*citing Consolidated Freightways Corp. of Del. v. Larson*, 827 RF.2d 916, 918 (3d Cir. 1997). This motion concerns a jurisdictional deadline, not a lesser deadline.

The Third Circuit has recognized that the excusable neglect standard in this context is difficult to meet. In *Ragguette*, the Court found that missing the appeal deadline did not amount to excusable neglect where counsel thought someone else would file the notice because the missing of the deadline did not arise due to circumstances beyond counsel's control, and summarized the scenario as follows:

> Simply put it cannot be said that Raguette's attorney "has exhibited substantial diligence, [and] professional competence, … but as the result of some minor neglect, compliance was not achieved." *Consolidated, 827 F.2d at 920*. In addition, Raguette's counsel clearly "fail[ed] to provide for … readily foreseeable consequence[s]." *Id. at 919* (citations omitted).

*Ragguette v. Premier Wines & Spirits*, 691 F.3d 315, 320-21, 328, 333 (3rd Cir. 2012) (reversing grant of extension for abuse of discretion). Accordingly, wrongly calendaring a notice-of-appeal deadline date (*See*, *Ragguette*, 691 F.3d at 325-26 (*citing Airline Pilots v. Executive Airlines, Inc.*, 569 F.2d 1174 (1st Cir. 1978)) and wrongly believing someone else would file a notice of appeal are not excusable neglect. In each circumstance, the consequences of failing to timely file was foreseeable and the reason for the delay was within the reasonable control of the movant, which is an important consideration when addressing this motion. *Pioneer Inv. Servs. v. Brunswick Assocs.*

1

*Ltd. P'ship*, 507 U.S. 380, 395 (1993) (factors include "the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith").

CommScope is sympathetic to Mr. Nash's situation but he was not sole counsel in this case, or on the appeal. Nash Decl. ¶3. Rather, this was a sophisticated party represented by three experienced firms. Yet Mr. Nash is the only attorney from the three firms to put in a declaration. Importantly, Finnegan Henderson was involved, and purportedly responsible for any appeal (*Id.*), and yet did not provide any declaration or affidavit on this issue. Nor did the movant, Belden or its inside counsel. *See*, *Ragguette*, 691 F.3d at 328 (indicating Court was "troubled" by lack of declaration from other involved in the missing of the deadline).

|  |  |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509) |
| Philip P. Caspers<br>Timothy A. Lindquist<br>Dennis C. Bremer<br>Tara C. Norgard<br>William F. Bullard<br>Mitchell R. Williams<br>CARLSON, CASPERS, VANDENBURGH &<br>LINDQUIST, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 436-9600 | Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendants, CommScope, Inc., CommScope, Inc. of North Carolina, and CommScope Technologies LLC* |

Dated: December 2, 2025