IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDEN CANADA ULC,<br><br>    Plaintiff,<br><br> v.<br><br>COMMSCOPE, INC.,<br><br>    Defendant. | Civil Action No. 22-782-RGA |

ORDER

I have considered the Motion for Extension of Time to File Notice of Appeal (D.I. 336), as well as the other papers submitted in connection with this motion (D.I. 337; D.I. 338; D.I. 339). I GRANT the motion.

The parties agree that the issue here is whether Plaintiff has established excusable neglect. I consider that: (1) the parties (as well as me) knew that Plaintiff planned to appeal (D.I. 339, Ex. A); (2) Plaintiff's attorney calculated the relevant deadline; (3) Plaintiff's attorney erroneously did not calendar the deadline; (4) Plaintiff's attorney erroneously thought someone else was drafting the notice of appeal; (5) very soon after the deadline passed, Plaintiff's attorney realized his errors; and (6) Plaintiff filed the motion for extension of time the next day. The considerations other than item (1) are all shown by Plaintiff's attorney's declaration. (D.I. 337). I think the above facts constitute excusable neglect.[1]

IT IS SO ORDERED this 10th day of December 2025.

                /s/ Richard G. Andrews
                United States District Judge

---

[1] I do not think I need to consider any personal circumstances of Plaintiff's attorney. (*See* D.I. 337 at ¶ 14).