NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BELDEN CANADA ULC,**

*Plaintiff-Appellant*

v.

**COMMSCOPE, INC., COMMSCOPE, INC. OF
NORTH CAROLINA, COMMSCOPE
TECHNOLOGIES LLC,**

*Defendants-Cross-Appellants*

———————————

2026-1255, 2026-1285

———————————

Appeals from the United States District Court for the District of Delaware in No. 1:22-cv-00782-RGA, Judge Richard G. Andrews.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                           BELDEN CANADA ULC v. COMMSCOPE, INC.

(2) Each side shall bear their own costs.

FOR THE COURT



June 29, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 29, 2026